**Dismissed; Opinion Filed November 5, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01277-CV**

**IN THE INTEREST OF C.S., A CHILD**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13192**

# MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

Stating she filed the appeal in error, appellant moves to have it dismissed. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

181277F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.S., A CHILD

No. 05-18-01277-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-10-13192.
Opinion delivered by Justice Lang, Justices Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 5th day of November, 2018.